IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO.: 5:12-MJ-1966-JG-1

| | |
|---|---|
| SEARCH WARRANT FOR THE PERSON OF )<br>JOHN F. GILL AND THE PREMISES LOCATED )<br>AT 28 WEST SIDE DRIVE, CAMERON, NORTH )<br>CAROLINA )<br> )<br> ) | ASSIGNMENT ORDER |

At the direction of the Court and for the continued efficient administration of justice, the above captioned case is hereby assigned to the Honorable Terrence W. Boyle, U.S. District Judge to conduct all proceedings in this matter. All future pleadings should reflect the revised case number **5:12-MJ-1966-BO-1.**

SO ORDERED. This the 18th day of February 2014.

*/s/ Julie A. Richards*
Clerk of Court